UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMIGDIO GARCIA, individually and dba Mazatlan Club, <br><br> Defendant. | CASE NO. CV-98-7333-RMT (VAPx) <br><br> RENEWAL OF DEFAULT JUDGMENT <br><br> BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant EMIGDIO GARCIA, individually and dba Mazatlan Club [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $16,500.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $16,500.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $16,500.00 |
| g. Interest after judgment | $ 3,861.21 |
| h. Fee for filing renewal application | $ -0- |
| **i. Total renewed judgment** (*add e, 5, and g*) | $20,361.21 |

DATED: 02/02/12        CLERK, by Lori Muraoka
                       Deputy Clerk, U.S. District Court

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-7333-RMT (VAPx)